■ In the Matter of JAMES M. FINN et al., Doing Business as YE OLDE TAVERN, Appellants, v. STATE LIQUOR AUTHORITY, Respondent.— Proceeding pursuant to article 78 of the CPLR (1) to review respondent's determination dated September 5, 1973, which canceled petitioner's liquor license, and (2) for other relief. Petition granted to the extent that the determination is modified, on the law, by reducing the penalty to a suspension for a period of 30 days. As so modified, determination confirmed and petition otherwise dismissed, without costs. We are of the opinion that, on the facts herein, the punishment of cancellation was excessive and an abuse of discretion. Martuscello, Acting P. J., Latham, Christ and Munder, JJ., concur.

■ ANNA KNOLL, Respondent, v. SIMON KNOLL, Appellant.— Appeal by defendant from a judgment of the Supreme Court, Richmond County, dated June 29, 1973, which, inter alia, granted plaintiff a divorce, after a nonjury trial. Judgment modified, on the facts, by reducing the award for support of the parties' three children, $60 per week for each child, to $35 per week for each child. As so modified, judgment affirmed, without costs. In our opinion, the award for the support of each of the three infant issue of the marriage was excessive to the extent indicated herein. Gulotta, P. J., Martuscello, Latham, Benjamin and Munder, JJ., concur.

■ JOHN S. MILLER et al., Respondents, v. MILTON BERLIN et al., Appellants.— Order of the Supreme Court, Nassau County, dated March 11, 1970, affirmed with $20 costs and disbursements (cf. Ford v. Clendenin, 215 N. Y. 10, 16). The time within which appellants may answer the complaint is extended until 20 days after entry of the order to be made hereon. Shapiro, Acting P. J., Christ, Brennan, Benjamin and Munder, JJ., concur.